IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISAAC E. SOJOURNER, <br><br> Petitioner, <br><br> v. <br><br> COUNTY DISTRICT ATTORNEY, <br><br> Respondent. | CIVIL ACTION FILE <br> NO. 1:13-CV-1165-TWT |

### ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice for failure to pay the filing fee. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 21 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Sojourner\r&r.wpd